


**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Zaid Abdul Wakil,<br><br>　　　　　Defendant. | Case No.: CR 12-0527-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on allegedly traveled outside district w/o permission and

previously tried to do so, resulting in placement in electronic monitoring, under false name

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: new federal charges pending for similar conduct

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: Aug 2, 2023

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2